UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CORCEPT THERAPEUTICS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TEVA PHARMACEUTICALS (USA) INC.,**<br><br>**Defendant.** | **Civil Action No. 18-3632 (SDW)(CLW)**<br>**Civil Action No. 19-5066 (SDW)(CLW)**<br>**(consolidated)**<br><br>**CONSOLIDATION AND**<br>**SCHEDULING ORDER**<br><br>**(Filed Electronically)** |

**THIS MATTER,** having come before the Court by way of an Initial Scheduling Conference on February 11, 2019, and all Counsel having consented to the dates set forth herein, and for good cause shown,

**IT IS** on this 21st day of February, 2019,

**ORDERED** that Civil Action Nos. 18-3632 (SDW)(CLW) and 19-5066 (SDW)(CLW) (the "Consolidated Actions") are consolidated for all purposes;

IT IS FURTHER ORDERED that all filings going forward shall be filed in Civil Action No. 18-3632 and that Civil Action No. 19-5066 shall be administratively terminated by the Clerk's office;

IT IS FURTHER ORDERED that the Consolidated Actions shall proceed on the following schedule:

| Date | Event |
|---|---|
| March 1, 2019 | Teva Answer to Complaint Filed in C.A. No. 19-5066 |
| March 22, 2019 | Corcept's Response to Teva Answer to Complaint Filed in C.A. No. 19-5066 |
| March 22, 2019 | Amended initial disclosures |
| March 22, 2019 | Disclosure of Asserted Claims |
| May 13, 2019 | Defendants serve Invalidity/Noninfringement Contentions |
| July 2, 2019 | Plaintiff serves response to Invalidity Contentions and Infringement Contentions |
| July 16, 2019 | Parties exchange proposed terms for construction |
| August 6, 2019 | Parties exchange preliminary claim constructions and supporting evidence |
| August 20, 2019 | Parties exchange intrinsic/extrinsic evidence used to oppose other sides' construction |
| August 30, 2019 | Parties file Joint Claim Construction and Prehearing Statement |
| September 30, 2019 | Close of claim construction fact discovery |
| October 15, 2019 | Parties file Opening *Markman* Briefs |
| November 14, 2019 | Close of claim construction expert discovery |
| December 16, 2019 | Parties file Responsive *Markman* Briefs |
| December 30, 2019 | Deadline to propose schedule for *Markman* hearing |
| TBD | Date for *Markman* hearing |

The Court will hold a teleconference w/ plaintiff to initiate, on 4/29/19 @ 2:30pm.

_____
Honorable Cathy L. Waldor, U.S.M.J.

2