

**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

March 3, 2020

**VIA ECF AND FIRST-CLASS MAIL**
Honorable Susan D. Wigenton, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:  *Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*
            **Civil Action No.: 2:18-cv-3632 (SDW)(LDW)**

Dear Judge Wigenton:

      This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Defendant Teva Pharmaceuticals USA, Inc. in connection with the above-referenced matter. We write on behalf of the parties to inform the Court that the parties have reached an agreement that the claim terms in the '214 patent do not require construction at this time. Accordingly, the claim terms of the '214 patent will not need to be addressed by the parties at the *Markman* hearing. The parties still intend to address the following disputed claim terms at the *Markman* hearing:

For the '348 patent:
- "achieve mifepristone blood levels greater than 1300 ng/mL,"

For the '495 patent:
- "a method of concurrently treating Cushing's syndrome and differentially diagnosing adrenocorticotropic hormone (ACTH)-dependent Cushing's syndrome," and
- "a method of concurrently treating Cushing's syndrome and obtaining a measurement indicative of differential diagnosis of adrenocorticotropic hormone (ACTH)-dependent Cushing's syndrome"

      As always, we thank the Court for its continued attention to this matter and we look forward to appearing before Your Honor during the March 5, 2020 *Markman* hearing.

                                    Respectfully submitted,

                                    *s/Liza M. Walsh*

                                    Liza M. Walsh

Honorable Susan D. Wigenton, U.S.D.J.
March 3, 2020
Page 2

cc: All Counsel of Record (via ECF and email)