

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

July 6, 2020

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re: *Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*
          **Civil Action No.: 2:18-cv-3632 (SDW)(LDW) (Consolidated)**

Dear Judge Wettre:

      This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Defendant Teva Pharmaceuticals USA, Inc. ("Defendant") in connection with the above-referenced matter. Pursuant to Your Honor's instructions during the July 2, 2020 telephone conference, we write on behalf of all parties to propose the following schedule for service of Defendant's Supplemental Non-Infringement Contentions and Plaintiff's Response to Defendant's Supplemental Non-Infringement and Invalidity Contentions[1]:

- Defendant's Supplemental Non-Infringement Contentions: July 2, 2020;
- Plaintiff's Response to Defendant's Supplemental Non-Infringement and Invalidity Contentions: August 3, 2020.

      If the proposed schedule is acceptable to Your Honor, we respectfully request that Your Honor "So Order" this letter and have it entered on the docket.

      We thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions.

                                Respectfully submitted,

                                *s/Liza M. Walsh*

                                Liza M. Walsh

cc: All Counsel of Record (via ECF and email)

---

[1] Defendant served supplemental invalidity contentions on June 18, 2020.

Honorable Leda D. Wettre, U.S.M.J.
July 6, 2020
Page 2

SO ORDERED:

_____
Hon. Leda D. Wettre, U.S.M.J.