

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

August 6, 2020

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

>   Re:   *Corcept Therapeutics, Inc. v. Teva Pharmaceuticals USA, Inc.*
>          **Civil Action No.: 2:18-cv-3632 (SDW)(LDW) (Consolidated)**

Dear Judge Wettre:

      This firm, together with Sterne, Kessler, Goldstein & Fox P.L.L.C., represents Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in connection with the above-referenced matter.

      Enclosed for the Court's consideration, please find the Stipulation and Proposed Order regarding the correction of Teva's supplemental Non-Infringement Contentions and Plaintiff's responses thereto. Should the Stipulation and Proposed Order meet the Court's approval, we respectfully request that Your Honor sign and have it entered on the docket.

      We thank the Court for its attention to this matter and are available should Your Honor or Your Honor's staff have any questions.

>   Respectfully submitted,
>
>   *s/Liza M. Walsh*
>
>   Liza M. Walsh

Enclosure
cc: All Counsel of Record (via ECF and Email)