UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>    Defendant. | Civil Action No.<br><br>18-3632 (SDW) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a September 23, 2020 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 24th day of September 2020, ORDERED** that the Pretrial Scheduling Order entered February 21, 2019 (ECF No. 59) is hereby amended as follows:

1. As the last fact witness deposition is scheduled to be taken on October 15, 2020, fact discovery is extended through **October 15, 2020**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. All affirmative expert reports shall be delivered by **November 1, 2020**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

3. All rebuttal expert reports shall be delivered by **December 18, 2020**. Any such report shall comport with the form and content requirements referenced above.

4. All reply expert reports shall be delivered by **January 15, 2021**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **February 19, 2021**.

2

6. A Final Pretrial Order shall be filed via ECF and delivered to Chambers in hard copy no later than **March 17, 2021**. All parties are responsible for the timely submission of the Final Pretrial Order.

7. The parties shall appear for a telephonic status conference before the undersigned on **November 24, 2020 at 2:00 p.m.** The parties shall submit concise status letters to the Court no later than three business days in advance of the conference. Plaintiff's counsel shall initiate the call to (973) 645-3574 once representatives for all parties are on the line.

                                                               *s/ Leda Dunn Wettre*
                                                               Hon. Leda Dunn Wettre
                                                               United States Magistrate Judge