# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. <br><br> 18-3632 (SDW) (LDW) <br><br> **AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a March 10, 2021 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 12th day of March 2021, ORDERED** that the Pretrial Scheduling Order entered February 21, 2019 (ECF No. 59), as subsequently amended, is hereby further amended as follows:

1. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **May 7, 2021**.

2. Plaintiff shall file its motion for summary judgment on or before **April 9, 2021**.

3. Defendant shall file its opposition to the motion for summary judgment on or before **May 26, 2021**.

4. Plaintiff shall file its reply in support of the motion for summary judgment on or before **June 9, 2021**.

                                               *s/ Leda Dunn Wettre*
                                               Hon. Leda Dunn Wettre
                                               United States Magistrate Judge