Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Plaintiff*
*Corcept Therapeutics, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CORCEPT THERAPEUTICS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**TEVA PHARMACEUTICALS USA, INC.,**<br><br>Defendant. | Civil Action No. 18-3632 (SDW)(LDW) (consolidated)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>(Filed Electronically) |

To:   Liza M. Walsh
      Christine Intromasso Gannon
      Hector Daniel Ruiz
      William T. Walsh, Jr.
      WALSH PIZZI O'REILLY FALANGA LLP
      Three Mulberry Street
      15th Floor
      Newark, NJ 07102
      (973) 757-1100
      lwalsh@walsh.law
      cgannon@walsh.law
      hruiz@walsh.law
      wwalsh@walsh.law

PLEASE TAKE NOTICE that on June 21, 2021 at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Corcept Therapeutics, Inc. ("Corcept") will move before the Honorable Susan D. Wigenton, U.S.D.J. for an Order granting Corcept's Motion for Summary Judgment;

PLEASE TAKE FURTHER NOTICE that in support of this motion, Corcept submits the accompanying: (1) memorandum of law, (2) statement of undisputed material facts, and (3) Declaration of Nicholas A. LoCastro;

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 7.1(e), a proposed form of Order is also submitted herewith.

Dated:  April 9, 2021

<u>Of Counsel</u>:

F. Dominic Cerrito
Eric C. Stops
Daniel C. Wiesner
John Galanek
Nicholas A. LoCastro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

Respectfully submitted,

s/ William C. Baton
Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

*Attorneys for Plaintiff*
*Corcept Therapeutics, Inc.*