**SAUL EWING ARNSTEIN & LEHR** LLP

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

April 30, 2021

**VIA ECF**

The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re: *Corcept Therapeutics, Inc. v. Teva Pharm. USA, Inc.*, Civil Action No. 18-3632

Dear Judge Wettre:

This firm, together with Quinn Emanuel, represents plaintiff Corcept Therapeutics, Inc. in the above-captioned matter. We write on behalf of all parties regarding the May 7, 2021 deadline for the parties to complete the depositions of expert witnesses (*see* D.I. 194).

Based on counsel and witness availability, we write to respectfully request leave to take the depositions of two of the parties' expert witnesses, Drs. Molitch and Snyder, shortly after the May 7 deadline—*i.e.*, on May 13 and May 20, respectively. This would not affect the remainder of the deadlines set forth in Your Honor's March 12, 2021 Amended Scheduling Order (D.I. 194). Accordingly, if this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: Counsel of record (via e-mail)

SO ORDERED:

_____
Hon. Leda D. Wettre, U.S.M.J.

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP