| | |
|---|---|
| Liza M. Walsh<br>Christine I. Gannon<br>William T. Walsh, Jr.<br>WALSH PIZZI O'REILLY FALANGA LLP<br>Three Gateway Center<br>100 Mulberry Street, 15th Floor<br>Newark, New Jersey 07102<br>(973) 757-1100 | Of Counsel (admitted *pro hac vice*):<br>J.C. Rozendaal<br>Uma N. Everett<br>William H. Milliken<br>STERNE, KESSLER, GOLDSTEIN & FOX<br>P.L.L.C.<br>1100 New York Avenue NW, Suite 600<br>Washington, DC 20005<br>(202) 371-2600 |

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CORCEPT THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 2:18-cv-3632<br>(SDW)(LDW) (Consolidated)<br><br>**NOTICE OF CROSS-MOTION FOR**<br>**SUMMARY JUDGMENT OF**<br>**NON-INFRINGEMENT OF**<br>**U.S. PATENT NO. 10,195,214**<br><br>**Return Date: June 21, 2021**<br><br>*Oral Argument Requested*<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on June 21, 2021, or as soon thereafter as counsel can be heard, the undersigned counsel for Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), shall cross-move, pursuant to Federal Rule of Civil Procedure 56, before the Honorable Susan D. Wigenton, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an order granting Teva's Cross-Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 10,195,214 and dismissing U.S. Patent No. 10,195,214 from this lawsuit.

**PLEASE TAKE FURTHER NOTICE THAT** that, in support of its motion, Teva will rely upon the Brief in Opposition to Corcept's Motion for Summary Judgment of Infringement of U.S. Patent No. 10,195,214 and in Support of Teva's Cross-Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 10,195,214, the Response to Plaintiff's Statement of Undisputed Material Facts and Statement of Undisputed Material Facts in Support of Teva's Cross-Motion, the Declaration of Liza M. Walsh with Exhibits annexed thereto, and any additional submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

Dated: May 26, 2021

Respectfully submitted,

By: *Liza M. Walsh*
Liza M. Walsh
Christine I. Gannon
William T. Walsh, Jr.
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Of Counsel (*admitted *pro hac vice)*:
J.C. Rozendaal
Uma N. Everett
William H. Milliken
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue NW, Suite 600
Washington, DC 20005
(202) 371-2600

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*